**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4911-18T4

DIANA PERALTA,

      Plaintiff-Appellant,

v.

MARISEL SANTANA,
GUILLERMO RIVAS,
and ANA J. RIVAS,

      Defendant-Respondents.

_____

Submitted March 23, 2020 – Decided July 30, 2020

Before Judges Ostrer and Susswein.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket No. L-2843-17.

LaBarbiera and Martinez, attorneys for appellant (Richard LaBarbiera, on the briefs).

Law Offices of Stephen E. Gertler, PC, attorneys for respondents Guillermo Rivas and Ana J. Rivas (Kristin Joy Vizzone, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-4911-18T4